# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS MARLAND, COSETTE RINAB, and ALEC CHAMBERS, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; and U.S. DEPARTMENT OF COMMERCE, <br><br> Defendants. | Case No. 2:20-cv-04597 |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

      Kindly enter the appearance of Jason A. Levine of the law firm Hangley Aronchick Segal Pudlin & Schiller as co-counsel on behalf of Plaintiffs Douglas Marland, Cosette Rinab, and Alec Chambers, in the above-captioned action.

                                      HANGLEY ARONCHICK SEGAL PUDLIN
                                      & SCHILLER

Dated: September 18, 2020             By:  */s/ Jason A. Levine*
                                             Jason A. Levine (PA ID No. 306446)
                                      One Logan Square, 27th Floor
                                      Philadelphia, PA 19103
                                      jlevine@hangley.com
                                      (215) 568-6200

                                      *Counsel for Plaintiffs Douglas Marland,*
                                      *Cosette Rinab, and Alec Chambers*