# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PHILADELPHIA

| | |
|---|---|
| DOUGLAS MARLAND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official capacity as ) <br> President of the United States, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 2:20-cv-4597-WB |

## **ORDER**

AND NOW, this _____ day of _____, 2020, on consideration of Defendants' Uncontested Motion for Enlargement of Time, it is ORDERED that the Motion is GRANTED. Defendants shall file their written response to Plaintiffs' motion for a temporary restraining order no later than 12:00 PM ET on Wednesday, September 23, 2020; and Plaintiffs shall file a reply, if any, no later than 5:00 PM ET on Friday, September 25, 2020.

BY THE COURT:

_____

The Hon. Wendy Beetlestone
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PHILADELPHIA

_____
                                           )
DOUGLAS MARLAND, *et al.*,                 )
                                           )
            Plaintiffs,                 )
                                           )
            v.                           )    Civil Action No. 2:20-cv-4597-WB
                                           )
DONALD J. TRUMP, in his official capacity as )
President of the United States, *et al.*,  )
                                           )
            Defendants.                 )
_____)


## DEFENDANTS' UNCONTESTED MOTION FOR ENLARGEMENT OF TIME DUE TO POSTPONEMENT OF SEPTEMBER 20 RESTRICTIONS

Defendants hereby move this Court for an enlargement of time in which to file a written response to Plaintiffs' motion for a temporary restraining order, and in support thereof state:

1.    Earlier this evening, the Department of Commerce determined to delay implementation of the announced prohibitions for TikTok that would otherwise have gone into effect on September 20, 2020 by an additional week, *i.e.*, until 11:59PM ET on September 27, 2020. This extension is a result of ongoing discussions related to the possible corporate restructuring of TikTok. The Department of Commerce announcement of this postponement is available online, and states as follows:

> In light of recent positive developments, Secretary of Commerce Wilbur Ross, at the direction of President Trump, will delay the prohibition of identified transactions pursuant to Executive Order 13942, related to the TikTok mobile application that would have been effective on Sunday, September 20, 2020, until September 27, 2020 at 11:59 p.m.

*See Statement on Delayed Prohibitions Related to TikTok,* https://www.commerce.gov/node/3189.

2. As a result of this postponement, Defendants respectfully submit that there is no need for the Court to rule on Plaintiffs' motion prior to the originally scheduled deadline of September 20, 2020.

3. Additionally, Defendants respectfully submit that there is no longer any need for Defendants to file an expedited response to Plaintiffs' motion by 9:00 PM tonight. Defendants respectfully submit that providing Defendants a longer period of time to prepare a response would promote judicial economy, by allowing undersigned counsel to conduct more fulsome research and analysis regarding Plaintiffs' claims prior to filing a written response.

4. Accordingly, Defendants respectfully request a brief extension of time for their written response to Plaintiffs' motion for a temporary restraining order—*i.e.*, until 12:00 PM ET on Wednesday, September 23, 2020.

5. Should any additional developments regarding this matter occur prior to the deadline set forth above, Defendants will meet-and-confer with Plaintiffs' counsel regarding those developments and their impact, if any, on this matter.

6. Undersigned counsel conferred with Plaintiffs' counsel regarding the requested extension, and Plaintiffs' counsel stated as follows: "The DOJ has asked that we agree to an extension of your deadline to respond to the TRO motion, in view of the Department of Commerce's decision to delay the prohibitions in the implementing regulations until 11:59 p.m. September 27. Plaintiffs agree to an extension of your deadline to Wednesday at noon, so long as they have an opportunity to reply no later than 5 p.m. Friday. Of course, if the court wishes to set a different schedule, we'll of course abide by that."

Dated: September 19, 2020          Respectfully submitted,

                                   JEFFREY BOSSERT CLARK
                                   Acting Assistant Attorney General

                                   AUGUST FLENTJE
                                   Special Counsel to the Acting
                                   Assistant Attorney General

                                   ALEXANDER K. HAAS
                                   Branch Director

                                   DIANE KELLEHER
                                   Assistant Branch Director

                                   */s/ Daniel Schwei*
                                   DANIEL SCHWEI
                                   Special Counsel
                                   SERENA M. ORLOFF
                                   MICHAEL DREZNER
                                   AMY E. POWELL
                                   STUART J. ROBINSON
                                   Trial Attorneys
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   Ben Franklin Station, P.O. Box No. 883
                                   Washington, DC 20044
                                   Phone: (202) 305-8693
                                   Fax: (202) 616-8470
                                   E-mail: daniel.s.schwei@usdoj.gov

                                   *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Motion for Enlargement of Time and Supporting Memorandum have been served by ECF on all parties of record.

                                                 */s/ Daniel Schwei*

                                                 DANIEL SCHWEI
                                                 Special Counsel
                                                 U.S. Department of Justice

Dated: September 19, 2020