IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS MARLAND, COSETTE RINAB AND ALEC CHAMBERS,** Plaintiffs, | CIVIL ACTION |
| v. | |
| **DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; AND U.S. DEPARTMENT OF COMMERCE,** Defendants. | NO. 20-4597 |

# O R D E R

**AND NOW**, this 26th day of September, 2020, upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF Nos. 7, 18, & 19) and the Government's response thereto (ECF Nos. 16 & 17), **IT IS ORDERED** that the Motion **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**