**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DOUGLAS MARLAND, COSETTE RINAB, and ALEC CHAMBERS,** Plaintiffs, | **CIVIL ACTION** |
| **v.** | |
| **DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; and U.S. DEPARTMENT OF COMMERCE,** Defendants. | **NO.  20-4597** |

## O R D E R

**AND NOW**, this 30th day of October, 2020, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 25), Defendants' response thereto (ECF No. 26), the Administrative Record (ECF Nos. 27, 28, & 29), Plaintiffs' Reply in Support of their Motion (ECF No. 30), and following a Hearing on Plaintiffs' Motion on October 28, 2020, **IT IS ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Defendants Wilbur L. Ross, Jr., as Secretary of the United States Department Commerce, the United States Department of Commerce, and their officers, agents, servants, employees, attorneys, designees, and subordinates, as well as any person acting in concert or participation with them, are hereby **ENJOINED** from enforcing the "Identification of Prohibited Transactions to Implement Executive Order 13942 and Address the Threat Posed by TikTok and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain, 85 Fed. Reg. 60,061 (Sept. 24, 2020) ("the Commerce Identification").

It is **FURTHER ORDERED** that the injunction shall take effect immediately and remain

in effect during the duration of this action and through final judgment, absent reversal or amendment by appellate order.

The Court has considered the issue of security pursuant to Federal Rule of Civil Procedure Rule 65(c) and determines that Defendants will not suffer any financial loss requiring that Plaintiffs post a security bond.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**